**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ERIE INSURANCE EXCHANGE, : No. 136 WAL 2022
:
      Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
:
LLOYD COLEBANK, JANET COLEBANK :
AND ERIC COLEBANK, :
:
      Petitioners :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.